UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WARREN RANGE (D.O.C. #102737)

VERSUS

LYNN COOPER, ET AL

CIVIL ACTION

NO. 07-750-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 1, 2008 (doc. no. 21) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition for Writ of Habeas Corpus (doc. no. 1) filed by Warren Range is DISMISSED WITH PREJUDICE.

Baton Rouge, Louisiana, this 15th day of October, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE